```
McGREGOR W. SCOTT
United States Attorney
HEIKO P. COPPOLA
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2770
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>        Plaintiff, )<br>)<br>    v. )<br>)<br>ADRIAN LAMO, )<br>)<br>        Defendant. )<br>_____) | CASE NO. 2:05-cr-022 FCD<br><br>GOVERNMENT'S MOTION AND ORDER DISMISSING PETITION FOR VIOLATION OF TERM OF SUPERVISED RELEASE |

<u>MOTION FOR DISMISSAL OF VIOLATION PETITION</u>

On June 28, 2007, Mr. Lamo reported to the United States Probation Office and buccal samples were taken by an FBI Evidence Recovery Technician, in accordance with the Stipulation of the Parties and the Order issued by the Court on June 21, 2007. Accordingly, the government now moves for dismissal of the petition for violation of term of supervised release, filed May 5, 2006.

DATED:   June 29, 2007                McGREGOR W. SCOTT
                                      United States Attorney


                                 By:   /s/ Heiko P. Coppola
                                      Heiko P. Coppola
                                      Assistant U.S. Attorney

1

<u>Order</u>

Good cause appearing, the petition for violation of supervised release, filed May 5, 2006, is DISMISSED. The hearing set for July 30, 2007 is VACATED.

IT IS SO ORDERED.

DATED: July 3, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE